1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5865
8    Fax: (415) 703-1234
     Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

| **JOE RANDEL JOHNSON,** | C 07-4417 JF (PR) |
|---|---|
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **ANTHONY KANE, Warden,** | |
| Respondent. | |

19      Respondent hereby provides this answer to the Order to Show Cause why the petition for

20  writ of habeas corpus should not be granted.

21                                  **I.**

22                              **CUSTODY**

23      Petitioner is lawfully in the custody of the California Department of Corrections, as a

24  result of a conviction by a Monterey County jury of attempted robbery in concert, burglary,

25  aggravated assault, transportation of a controlled substance, and misdemeanor assault. The trial

26  court sentenced petitioner to 58 years to life in prison.

27  ///

28  ///

## II.

## PROCEDURAL ISSUES

The claims in the petition are exhausted. The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## III.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law. Respondent specifically denies that petitioner (1) was denied due process by the trial court finding him competent to stand trial without conducting a hearing; (2) was denied due process by the admission of "tainted" testimony; (3) received ineffective assistance of counsel; (4) was denied due process because the trial judge was biased against him; (5) was denied due process by the trial court refusing to sever the charges; (6) was denied due process by the trial court not sentencing petitioner under California's Proposition 36; and (7) was denied due process because of insufficient evidence supporting his convictions for attempted first degree robbery.

## IV.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) Clerk's Transcript (4 volumes); (2) Reporter's Transcript (7 volumes); (3) Appellant's Opening Brief; (4) Respondent's Brief; (5) Appellant's Reply Brief; (6) Opinion by California Court of Appeal; (7) Petition for Review; (8) Order denying review by California Supreme Court; (9) Petition for Writ of Habeas Corpus filed in California Supreme Court; (10) Order denying petition by California Supreme Court; and (11) Reporter's Transcript of Hearings Conducted Pursuant To *People v. Marsden*, 2 Cal.3d 118 (1970).

## V.

## INCORPORATION BY REFERENCE

Respondent hereby incorporates by reference the accompanying memorandum of points

Answer to Order to Show Cause - C 07-4417 JF (PR)

and authorities in support of this answer.

## VI.

## CONCLUSION

Respondent respectfully requests that the petition for writ of habeas corpus be denied.

Dated:  April 29, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

Attorneys for Respondent

Answer to Order to Show Cause - C 07-4417 JF (PR)