EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ARTHUR P. BEEVER
Deputy Attorney General
State Bar No. 242040
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5865
  Fax: (415) 703-1234
  Email: arthur.beever@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOE RANDEL JOHNSON,** | C 07-4417 JF (PR) |
| Petitioner, | **NOTICE OF LODGING EXHIBITS WITH COURT** |
| v. | |
| **ANTHONY KANE, Warden,** | |
| Respondent. | |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities.

    Exhibit 1        Clerk's Transcript on Appeal.

    Exhibit 2        Reporter's Transcript of Trial Proceedings.

    Exhibit 3        Appellant's Opening Brief on Appeal.

    Exhibit 4        Respondent's Brief on Appeal.

    Exhibit 5        Appellant's Reply Brief on Appeal.

    Exhibit 6        Opinion, California Court of Appeal, case number H027648.

| | | |
|---|---|---|
| Exhibit 7 | Petition for Review, California Supreme Court. |
| Exhibit 8 | Order, California Supreme Court, case number S141367. |
| Exhibit 9 | Petition for Writ of Habeas Corpus, California Supreme Court |
| Exhibit 10 | Order, California Supreme Court, case number S149059 |
| Exhibit 11 | Reporter's Transcript of *Marsden* Hearing |

Dated: April 29, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

Attorneys for Respondent