Joe Johnson V - 46926
Attorney Per Se
CSP - CTF
P.O. Box 705
Soledad, CA  93960

IN Pro SE



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE JOHNSON,<br>           Petitioner<br><br>ANTOHNY KANE, Warden,<br>           Respondent | CV 07-4417 JF (PR)<br><br>**REQUEST FOR ENLARGEMENT**<br>OF TIME TO FILE TRAVERSE |

PETITIONER, JOE JOHNSON, an inmate at **California State Prison-SOLEDAD**, California. Petitioner, makes this **REQUEST FOR ENLARGEMENT OF TIME TO FILE TRAVERSE** as result of the filing of the Answer to his Habeas Corpus by the California Attorney General. Petitioner has 30 days from the date of filing as he understands the procedure. He also request the assistance of an attorney as before in all phases of federal habeas. However, the State presented his Answer to the issues of the petition and concentrated their efforts of the <u>issue of petitioner's competence at time of trial.</u>

Petitioner is an inmate and does not have access to many mental health resources nor the ability to prepare a competent Traverse therefore must ask for assistance and needs time to seek such assistance. THEREFORE, Petition Johnson ask for 30 days enlargement to file his Traverse. This would mean that the present to for filing Traverse is

on or about May 30, 2008. The enlargement of time would make the Traverse due on or about **JUNE 30, 2008.**

It is hoped that the relevant assistance can be obtained by Petitioner by that date, if not it may be necessary to request an additional amount of time.

WHEREFORE, Petitioner prays that his Request is granted.

Date: May 5, 2008

Respectfully submitted.

*[signature]*

Joe Johnson V - 46926
Attorney Per Se
CSP - CTF
P.O. Box 705
Soledad, CA 93960

**PROOF OF SERVICE BY MAIL**

I am NOT a party to this action and am over the age of 18 years. On the date of execution below, I affirm that I served the following person(s)/office(s) by placing a true copy thereof in a sealed envelope, and placed in United States Post Office mail.:

**Document(s) Served**

REQUEST FOR ENLARGEMENT OF TIME TO FILE TRAVERSE

**Person(s) Served**

Clerk of the Court
U.S. District Court for the Northern
District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Office of the Attorney General
State of California
Arthur Beever, Deputy
455 Golden Gate, Ste 11000
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on 5-8, at Seaside, California.

John Johnson
1736 Lowell Street
Seaside, CA 93955

**PROOF OF SERVICE BY MAIL**

I am NOT a party to this action and am over the age of 18 years. On the date of execution below, I affirm that I served the following person(s)/office(s) by placing a true copy thereof in a sealed envelope, and placed in United States Post Office mail.:

**Document(s) Served**

REQUEST FOR ENLARGEMENT OF TIME TO FILE TRAVERSE

**Person(s) Served**

Clerk of the Court
U.S. District Court for the Northern
District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Office of the Attorney General
State of California
Arthur Beever, Deputy
455 Golden Gate, Ste 11000
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 5-8 _____, at Seaside, California.

John Johnson
1736 Lowell Street
Seaside, CA 93955

Joe Johnson V-46926
P.O. Box 705
Soledad, CA 93960





SAN FRANCISCO CA 941
07 MAY 2008 PM 5 L
USA FIRST CLASS FOREVER