NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE RANDEL JOHNSON, | ) | No. C 07-4417 JF (PR) |
| Petitioner, | ) ) ) | ORDER GRANTING EXTENSION OF TIME |
| vs. | ) ) | |
| ANTHONY KANE, | ) | (Docket No. 12) |
| Respondent. | ) ) ) | |

Good cause appearing, Petitioner's request for an extension of time, to and including June 30, 2008, in which to file a traverse, is GRANTED.

This order terminates Docket No. 12.

IT IS SO ORDERED.

DATED: 5/15/08

JEREMY FOGEL
United States District Judge

Order Granting Extension of Time
G:\PRO-SE\SJ.Jf\HC.07\Johnson417eot.wpd          1