NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RANDEL JOHNSON,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>ANTHONY KANE, Warden,<br><br>　　　　Respondent. | No. C 07-04417 JF (PR)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY AND REQUEST FOR REHEARING<br><br><br>(Docket No. 25) |

On April 6, 2010, the Court denied this pro se petition for writ of habeas corpus on the merits and entered judgment in favor of Respondent. On June 2, 2010, Petitioner filed a filed a notice of appeal, which is construed as including a request for a certificate of appealability.

A petitioner may not appeal a final order in a federal habeas corpus proceeding, including those challenging an administrative decision such as the denial of parole, without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The

certificate must indicate which issues satisfy this standard. See id. § 2253(c)(3).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Court denied the instant habeas petition after careful consideration of the merits. The Court found no violation of Petitioner's federal constitutional rights. Petitioner has failed to demonstrate that jurists of reason would find it debatable whether this Court was correct in its ruling. Accordingly, a certificate of appealability is DENIED.

Petitioner's request for a "rehearing" by a "full panel" of judges in this Court is DENIED because such a rehearing is not available in the district court.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which Petitioner may also seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: 7/7/10

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOE RANDEL JOHNSON,

    Plaintiff,

v.

ANTHONY KANE et al,

    Defendant.

Case Number: CV07-04417 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/30/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Randel Johnson V-46926
California State Prison - CTF
P.O. Box 705
Soledad, CA 93960

Dated: 7/30/10

Richard W. Wieking, Clerk
By: